# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of the Search of the Premises Located at 31663 South 533 Road, Cookson, Oklahoma 74427 and the Search of a Vehicle, white in color, 2011 Nissan Altima, VIN 1N4BL2AP5BC166755 | Case No.   21-MJ-338-SPS |

## APPLICATION FOR SEARCH WARRANT

I, Matthew U. Meredith, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe property to be searched and give its location)*:

### SEE ATTACHMENT "A" and "C"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT "B" and "D"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of Title 18, United States Code, Section(s) 113(a)(3), 1151, and 1152 and the application is based on these facts:

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Sworn to before me telephonically.

Matthew U. Meredith
TASK FORCE OFFICER
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

*Judge's signature*

Date:   August 18, 2021

City and state:   Muskogee, Oklahoma

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT**

I, Matthew U. Meredith, being duly sworn, depose and state as follows:

**AGENT BACKGROUND AND INTRODUCTION**

1. I make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure authorizing a search of a residence located at 31663 South 533 Road, Cookson, Cherokee County, Oklahoma 74427 ("RESIDENCE"), and a vehicle described as a white 2011 Nissan Altima, Vehicle Identification Number ("VIN") 1N4BL2AP5BC166755 ("VEHICLE") which are believed to contain evidence of an assault with a dangerous weapon with the intent to commit bodily injury in violation of Title 18, United States Code Section 113(a)(3), an offense committed in Indian Country as defined in Title 18, United States Code 1151 and 1152. Attachment A further describes the property to be searched of the RESIDENCE, Attachment B describes the evidence sought in the RESIDENCE pursuant to the warrant, Attachment C further describes the property to be searched of the VEHICLE, Attachment D describes the evidence sought in the VEHICLE pursuant to the warrant.

2. I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am employed as an Investigator with the Cherokee County Sheriff's Department, in Tahlequah, Oklahoma. I successfully completed the Council on Law Enforcement Education and Training Academy as required by the State of Oklahoma for peace officer certification. I also completed the Criminal Narcotics Investigator Training Program through the State of California Department of Justice. In connection with my official duties as an ATF TFO, I investigate criminal violations of federal firearms laws, federal arson laws, federal explosives laws, and federal narcotics laws. During my career, I have received training and have experience including, but not limited to, working in an undercover capacity, surveillance, management of confidential informants, drug-trafficking conspiracies, money laundering, organized criminal activity investigations, the preparation and execution of firearm and drug related search warrants

and debriefing of informants and witnesses.

3. I am requesting that the Court issue a search warrant to search for evidence in a RESIDENCE as set forth in Attachment A and Attachment B, as well as a VEHICLE as set forth in Attachment C, and Attachment D.

## PROBABLE CAUSE

4. The statements contained in this Affidavit are based in part on information provided by other agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Task Force Officer with the ATF. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrants, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of Title 18, United States Code, Sections 113(a)(3), 1151 and 1152 is located in the RESIDENCE and/or VEHICLE described herein. Accordingly, this application requests authority to the residence and vehicle as described more fully in Attachments A and C, for evidence of this crime as described in Attachments B and D.

5. As will be shown below, there is probable cause to believe that **RAYMOND DAVID GOLDMAN** committed violations of Title 18, United States Code, Sections 113(a)(3), 1151, and 1152, in Indian Country, which occurred within the territorial boundaries of the Cherokee Nation Reservation.

6. RESIDENCE: The RESIDENCE to be searched is located at 31663 South 533 Road, Cookson, Cherokee County, Oklahoma 74427. The RESIDENCE is within the Eastern District of Oklahoma and within the Cherokee Nation Reservation.

7. VEHICLE: The VEHICLE to be searched is a 2011 Nissan Altima, VIN Number

1N4BL2AP5BC166755, parked directly outside the RESIDENCE at 31663 South 533 Road, Cookson, Cherokee County, Oklahoma 74427. The VEHICLE is located within the Eastern District of Oklahoma and within the Cherokee Nation Reservation.

8. VENUE: The facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma. More specifically, the facts and circumstances occurred within the territorial jurisdiction of the United States and in Indian Country, to wit: the Cherokee Nation Reservation.

9. DEFENDANT: The defendant is **RAYMOND DAVID GOLDMAN,** hereinafter referred to as **GOLDMAN.** For purposes of federal jurisdiction, **GOLDMAN** is non-Indian.

10. VICTIM: The victim is: S.B., (DOB: XX/XX/1969). For the purposes of federal jurisdiction, S.B. is an Indian, and is an enrolled member, by blood, of the Cherokee Nation.

11. OFFENSE: On August 18, 2021, **GOLDMAN** committed assault with a dangerous weapon with the intent to commit bodily injury to the person of S.B., in Indian Country, in violation of Title 18, United States Code, Section 113(a)(3), 1151, and 1152.

12. BACKGROUND: On August 18, 2021, at approximately 5:30 p.m., law enforcement was contacted regarding a shooting that had taken place at 30632 South 550 Road Cookson, Oklahoma which is located within the territorial boundaries of the Cherokee Nation Reservation. Upon arrival, Cherokee County Sheriff's Deputies determined that the suspect had departed the scene of the shooting, allowing Cherokee Nation EMS to come to the residence and treat the victim, S.B.

13. The victim was found to have been shot in his right arm, just below the shoulder. A neighbor, D.B. had already wrapped the wound, and made a tourniquet out of a ratchet strap, trying to stop the bleeding.

14. Once S.B. was stabilized, D.B. stated to law enforcement, that D.B. and another witness, J.B., were inside the residence when the victim, S.B. came running inside screaming "he

shot me". D.B. asked S.B. who had shot him, and S.B. stated that it was **GOLDMAN** who had done so.

15. D.B. stated that S.B. had explained to him that S.B. was outside throwing horseshoes when **GOLDMAN** had pulled up in the driveway, driving in a white four door car. D.B. stated that S.B. told him he walked over to the car and was speaking with **GOLDMAN**, when **GOLDMAN** pulled out a gun and shot him from the front driver window. D.B. stated that he did not witness any of the incident but was just relaying the information S.B. had told him.

16. While S.B. was inside the ambulance, law enforcement spoke with S.B. S.B. stated that **GOLDMAN** had pulled into his driveway driving a white four door car. **GOLDMAN** asked S.B, where S.H. was at. S.B. told **GOLDMAN** he needed to leave S.H. alone because GOLDMAN had left her in Mississippi a week ago. S.B. stated at that time **GOLDMAN** abruptly pulled out a black pistol and fired a single shot striking S.B. in the right upper arm. After making this statement, S.B. was flown to St. John's Hospital in Tulsa, Oklahoma.

17. Your affiant then traveled to **GOLDMAN'S** residence at 31663 South 533 Road in Cookson, Oklahoma and observed a white four door car parked in the driveway of the residence. I then observed a small silver car leaving the residence with a male in the driver's seat. A traffic stop was conducted, **GOLDMAN** was identified as the driver, and was placed into custody.

18. S.B. was further interviewed at St. John's Hospital in Tulsa, Oklahoma. S.B. stated that **GOLDMAN** was in the driver's seat of a white four door Nissan car when he reached out the driver's side window and fired one shot with a black in color pistol. S.B. was able to positively identify **GOLDMAN** from a picture, and numerous previous encounters.

19. Agents conducted an interview of **GOLDMAN**'s neighbor S.A., who live next door to **GOLDMAN**. S.A. stated that **GOLDMAN**'s property connects to their property and on his property is a locked shed, a camper-trailer and the residence. S.A. also said that approximately one year ago, they observed **GOLDMAN** carrying a black case and that he went to the cliff and they

heard gun fire. They said that **GOLDMAN** had went to the cliff for target practice. They went on to say approximately four months ago, **GOLDMAN** was involved in some kind of domestic dispute with his girlfriend where he fired a round at her. They called the Cherokee County Sheriff's Office and reported the incident. They went on to say that there is constant traffic in and out of **GOLDMAN**'s residence which they attribute to him selling narcotics. They said that they observed young girls in and out of the residence as well. They have seen **GOLDMAN** in the shop closest to their house numerous times. They also said that **GOLDMAN** has security cameras all over his property.

20. Your Affiant went to the **GOLDMAN** residence and observed security cameras at the entrance and on the house itself. There are cameras on an adjacent shop building as well. I believe that these cameras captured **GOLDMAN**'s return from the shooting scene and likely contain video evidence pertinent to this investigation.

21. With respect to **GOLDMAN**'s criminal history, I have come to know that he is a convicted felon and thus prohibited from the possession of firearms and ammunition. Specifically, **GOLDMAN** was convicted out Cherokee County CF-2006-00266 for Possession of a Controlled Substance. **GOLDMAN** received a five (5) year suspended sentence. **GOLDMAN** was also found to have a felony conviction for Aggravated Assault with a Deadly Weapon in the State of Texas in 1976.

## CONCLUSION

22. Based upon the facts in this Affidavit, your Affiant submits there is probable cause to believe that **GOLDMAN** assaulted S.B. with a deadly weapon with the intent to do bodily harm in violation of Title 18, United States Code, Section 113(a)(3), 1151 and 1152, and that evidence of said crime is located in the RESIDENCE as further described in Attachment A and/or the VEHICLE as described in Attachment C. For these reasons, I respectfully request that the Court

grant authority for the requested search of the RESIDENCE as described in Attachment A, the seizure of the items contained in Attachment B, the VEHICLE as described in Attachment C, and the seizure of the items contained in Attachment D.

Respectfully Submitted,

_____
Matthew U. Meredith
Task Force Officer, ATF

Sworn before me this __18__ day of August 2021.

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

A single story, brick house, tan, with brown trim, with a screened off side porch, located at 31663 South 533 Road, Cookson, Cherokee County, Oklahoma 74427.



## ATTACHMENT B
### ITEMS TO BE SEIZED

1. Biological evidence, including, but not limited to, hair, blood.

2. Photographs of the interior of 31663 South 533 Road, Cookson, Oklahoma 74427.

3. Weapons and objects used as weapons and ammunition, firearms, firearms holsters, firearms magazines, and documents related to the ownership of firearms.

4. Fingerprints.

5. Video recording systems and video.

6. Surveillance cameras, computers, computer systems capable of recording video or audio from surveillance cameras, digital systems capable of recording video or audio from surveillance cameras, and tape-recording devices, such as VHS recording devices and VHS tapes, capable of recording video or audio from surveillance cameras, and computer storage devices such as DVD's, CD's, flash drives, and hard drives capable of storing video or audio from the surveillance cameras.

## ATTACHMENT C

### PROPERTY TO BE SEARCHED

A white in color, 2011 Nissan Altima, Vehicle Identification Number ("VIN") 1N4BL2AP5BC166755, located directly outside the residential address of 31663 South 533 Road, Cookson, Cherokee County, Oklahoma 74427.



## ATTACHMENT D
### ITEMS TO BE SEIZED

1. Any and all firearms, magazines, and/or ammunition.

2. Any and all shell casings and/or bullet fragments.

3. Fingerprints.

4. Biological evidence, including, but not limited to, hair, blood.

5. Photographs of the interior of the white in color, 2011 Nissan Altima, Vehicle Identification Number: 1N4BL2AP5BC166755.